RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
COLLEEN WINCHESTER, Sr. Deputy City Attorney (#148221)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN H. FRIIS,<br><br>　　　　Judgment Creditor,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>　　　　Judgment Debtor. | Case Number: CV 08-80027 MISC RMW<br><br>**[PROPOSED] ORDER GRANTING CITY OF SAN JOSÉ'S MOTION TO VACATE, STRIKE AND SEAL PURPORTED "FOREIGN AND APOSTILLED JUDGMENTS"** |

This matter comes before the Court on the City of San José's Motion to Vacate, Strike, and Seal Purported "Foreign and Apostilled Judgments". Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court, without a hearing, hereby orders as follows:

　　1.　City of San Jose's motion is GRANTED.

　　2.　The March 6, 2008 filing entitled "FOREIGN JUDGMENT" is hereby vacated and stricken from the record as the document is void and without any legal significance;

　　3.　The March 10, 2008 filing entitled "APOSTILLED JUDGMENT" is hereby vacated and stricken from the record as the document is void and without any legal significance;

- 2 -

4. The FOREIGN JUDGMENT and APOSTILLED JUDGMENT and all supporting documentation, including this motion, are hereby sealed and protected from disclosure to any party seeking records of this Court. Good cause exists for the sealing of these documents in that they have no legal validity and the City has shown a compelling reason to prevent their disclosure.

IT IS SO ORDERED.

DATED: _____          _____
                                  RONALD M. WHYTE
                                  Judge of the U.S. District Court