RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
COLLEEN WINCHESTER, Sr. Deputy City Attorney (#148221)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN H. FRIIS,<br><br>  Judgment Creditor,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>  Judgment Debtor. | Case Number: CV 08-80027 MISC RMW<br><br>**PROOF OF SERVICE** |

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San José, California 95113-1905, and is located in the county where the service described below occurred.

On **August 12, 2008**, I caused to be served the within:

  1. **NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE, STRIKE AND SEAL PURPORTED "FOREIGN AND APOSTILLED JUDGMENTS";**

  2. **DECLARATION OF JAMES YOUNG IN SUPPORT OF MOTION TO VACATE, STRIKE AND SEAL ;**

3. **DECLARATION OF COLLEEN D. WINCHESTER IN SUPPORT OF CITY'S MOTION TO VACATE, STRIKE AND SEAL PURPORTED "FOREIGN AND APOSTILLED JUDGMENTS"; and**

4. **[PROPOSED] ORDER.**

by **MAIL**, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Ms. Carolyn Friis
1752 Guadalupe Avenue
San José, CA 95125

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 18, 2008**, at San José, California.

*(signature)*
BRANDE HALL GEX