| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| | GEORGE RIOS, Assistant City Attorney (#77908) |
| 2 | COLLEEN WINCHESTER, Sr. Deputy City Attorney (#148221) |
| | Office of the City Attorney |
| 3 | 200 East Santa Clara Street |
| | San José, California 95113-1905 |
| 4 | Telephone Number: (408) 535-1900 |
| | Facsimile Number: (408) 998-3131 |
| 5 | E-Mail Address: cao.main@sanjoseca.gov |
| 6 | Attorneys for CITY OF SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN H. FRIIS, | Case Number: CV 08-80027 MISC RMW |
| Judgment Creditor, | **PROOF OF PERSONAL SERVICE** |
| v. | |
| CITY OF SAN JOSE, | |
| Judgment Debtor. | |

- 1 -

PROOF OF SERVICE                                    CV 08-80027 MISC RMW/RS
                                                    500522

| NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY | |
|---|---|
| COLLEEN WINCHESTER, ESQ.<br>OFFICE OF THE CITY ATTORNEY<br>200 EAST SANTA CLARA STREET, 16TH<br>SAN JOSE, CA 95113<br>Telephone: (408) 535-1900<br><br>Attorney for: Judgment Debtor | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| CAROLYN H. FRIIS<br><br>                    Plaintiff,<br><br>CITY OF SAN JOSE<br><br>                    Defendant. | CASE NUMBER<br><br>CV 08-80027 MISC RMW/RS<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE, STRIKE AND SEAL PURPORTED "FOREIGN AND APOSTILLED JUDGMENTS"; DECLARATION OF COLLEEN D. WINCHESTER IN SUPPORT; DECLARATION OF JAMES YOUNG IN SUPPORT; [PROPOSED] ORDER GRANTING CITY OF SAN JOSE'S MOTION TO VACATE, STRIKE AND SEAL PURPORTED "FOREIGN AND APOSTILLED JUDGMENTS"

in the within action by personally delivering true copies thereof to the person served as follows:

Served              : CAROLYN FRIIS

By Serving          : "John Doe" (Refused To State Name), Co-Occupant Of The Residence (25 Year Old Middle Eastern Male, 5'6", 145 Lbs., Black Hair)

Address             : ( Home )

                      1752 Guadalupe Avenue
                      San Jose, Ca 95125

Date of Service     : August 13, 2008

Time of Service     : 12:30PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: August 13, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1028

Signature: _____
                    DAVID NORIEGA